IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIO LUEVANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-22-CV-136-KC |
| | § | |
| TWIN CITY CRANE AND HOIST, INC.; BC INDUSTRIAL SUPPLY CORP., d/b/a BC WIRE ROPE & RIGGING; and COLUMBUS MCKINNON CORPORATION, a/k/a COFFING HOISTS, | § § § § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On this day, the Court sua sponte considered the above-captioned case. On January 18, 2023, the parties' mediator informed the Court that they reached an agreement to resolve this matter. Sealed Correspondence, ECF No. 30. In response, the Court ordered that "unless the parties submit final closing papers **on or before February 17, 2023**, the Court will dismiss the case without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Jan. 18, 2023, Order 1, ECF No. 31.

February 17, 2023, has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before March 20, 2023**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 21st day of February, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE